Ruffin, C. J.
 

 The judgment oh the
 
 scire facias
 
 is, that the plaintiff have execution on his original recovery, and nothing more, except as to the costs. It is not at all inconsistent, that the creditor should also have another judgment to recover the debt, and it cannot prejudice the defendant, as they are but different securities for the same debt, and satisfaction of either would be satisfaction of both judgments. A plaintiff may sue on a judgment, on which he may at the time have execution; and, indeed, the purposes of justice
 
 *275
 
 may sometimes require it, as it may be necessary to the recovery of interest on a judgment for damages, or, as in this case, to obtain new bail, after the discharge of the former bail, under the statute of limitations. The debtor can always defeat a disposition to oppress him with costs by paying the debt.
 

 Per Curiam. Judgment affirmed.